# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00173-JAD-EJY |
| Plaintiff, | ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING |
| vs. | |
| DERRICK BOWMAN, | ECF No. 41 |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant's Sentencing Hearing date currently set for January 4, 2021 at 2:30 P.M., to March 8, 2021, at 1:30 p.m.

DATED this 30th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE