**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DERRICK BOWMAN,<br><br>    Defendant. | Case No: 2:19-cr-00173-JAD-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant DERRICK BOWMAN, by and through his counsel, ADAM GILL, ESQ., of AISEN, GILL & ASSOCIATES, and the United States of America, by its counsel, CHRISTOPHER LIN, ESQ., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for March 8, 2021 at 1:30 p.m. be continued to at least 45 days.

This stipulation is entered for the following reasons:

1. Counsel for the Defendant has two matters set for Jury Trials on March 8, 2021 at the Eighth Judicial District Court at the same time as the Sentencing in the above-referenced matter.

2. Mr. Gill has spoken with Mr. Bowman and he agrees with this continuance.

3. Mr. Gill has spoken to Mr. Lin, and Mr. Lin has indicated that he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of

justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on March 8, 2021.

DATED this 18th day of February, 2021.

*/s/ Adam L. Gill*
Adam L. Gill, Esq.
Counsel for Defendant
Derrick Bowman

*/s/ Christopher Lin*
Christopher Lin, Esq.
Attorney for the United States
Assistant United States Attorney

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DERRICK BOWMAN,<br><br>  Defendant. | Case No: 2:19-cr-00173-JAD-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING (Second Request)** |

## FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel for the Defendant has two matters set for Jury Trials on March 8, 2021 at the Eighth Judicial District Court at the same time as the Sentencing in the above-referenced matter.

2. Mr. Gill has spoken with Mr. Bowman and he agrees with this continuance.

3. Mr. Gill has spoken to Mr. Lin, Assistant United States Attorney, and he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on March 8, 2021.

///

///

AISEN, GILL, &
ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101

3

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for March 8, 2021, at the hour of 1:30 p.m., be vacated and continued to May 3, 2021, at the hour of 11:00 a.m.

Dated this 23rd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE