**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Derrick Bowman
Case No.: 2:19CR00173

## REQUEST FOR TRANSFER OF JURISDICTION

September 20, 2023

TO:     The Honorable Jennifer A. Dorsey
           United States District Judge

On June 14, 2021, Derrick Bowman was sentenced to a term of 46 months imprisonment to be followed by three (3) years of supervised release for committing the offense of Felon in Possession of a Firearm, a Class C felony. On November 25, 2022, Bowman commenced supervision in the Middle District of Pennsylvania.

Bowman has no intention of returning to the District of Nevada. As such, the Middle District of Pennsylvania respectfully requests that jurisdiction be transferred from the District of Nevada to the Middle District of Pennsylvania. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

Please contact the undersigned at (702) 527-7266 with any questions or concerns.

                                          Respectfully submitted,

                                          Briana Casey
                                          United States Probation Officer Assistant

Approved:

_____
Joy Gabonia
Supervisory U.S. Probation Officer

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| (Rev. 2/88) | | 2:19CR00173 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Derrick Bowman | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | U.S. District Judge Jennifer A. Dorsey | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/24/2022 | TO 11/23/2025 |

OFFENSE
18 U.S.C. §§ 922(g)(1) and 924(a)(2) Felon in Possession of a Firearm

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Nevada____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Pennsylvania__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/21/2023                                             *[signed] Dorsey*
_____                                    _____
Date                                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Middle____ DISTRICT OF ____Pennsylvania____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                                    _____
*Effective Date*                                     *United States District Judge*